EXECUTION COPY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRADLEY STERNFELS,

          Plaintiff,

-v.-

LAS VEGAS SANDS CORPORATION,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 2:24-cv-02306

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO F.C.R.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action is hereby voluntarily dismissed, with prejudice, as to the defendant.

Dated: July 15, 2025
New York, New York

KIRK T. KENNEDY, ESQ.
By: _____
Kirk T. Kennedy

815 S. Casino Center Blvd
Las Vegas, NV 89101
(702) 385-5534
ktkennedylaw@gmail.com

*Attorney for Plaintiff*

DLA PIPER LLP (US)
By: _____
Brian S. Kaplan

1251 Avenue of the Americas
New York, New York 10020
(212) 335-4515
brian.kaplan@us.dlapiper.com

*Attorneys for Defendant*

IT IS SO ORDERED.

DATED this July 12, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE